**2008–0297. State v. Taylor.**
Hamilton App. No. C–070026, 2007-Ohio-7066.
  LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2008–0333. State v. Vinson.**
Cuyahoga App. Nos. 87056, 87058, and 87060, 2006-Ohio-3971 and 2008-Ohio-137.

**2008–0378. State v. Townsend.**
Cuyahoga App. No. 88065, 2007-Ohio-2370 and 2007-Ohio-6638.
  LANZINGER, J., dissents and would accept the appeal and hold the cause for the decision in 2007–0325, *State v. Davis,* Hamilton App. No. C-040665, 2006-Ohio-3171.

**2008–0384. Dantzig v. Biron.**
Highland App. No. 07CA1, 2008-Ohio-209.

## RECONSIDERATION OF PRIOR DECISIONS

**2007–1945. State v. Pina.**
Hancock App. No. 5–06–55, 2007-Ohio-4486. Reported at 116 Ohio St.3d 1507, 2008-Ohio-381, 880 N.E.2d 483. On motion for reconsideration. Motion denied.
  MOYER, C.J., and LUNDBERG STRATTON, J., dissent.
  CUPP, J., not participating.

**2007–1948. Djukic v. Turner.**
Cuyahoga App. No. 88849, 2007-Ohio-4433. Reported at 116 Ohio St.3d 1507, 2008-Ohio-381, 880 N.E.2d 483. On motion for reconsideration. Motion denied.

**2007–2115. State v. Isaac.**
Ashland App. No. 06 COA 44, 2007-Ohio-5134. Reported at 116 Ohio St.3d 1509, 2008-Ohio-381, 880 N.E.2d 484. On motion for reconsideration. Motion denied.
  MOYER, C.J., and LUNDBERG STRATTON and CUPP, JJ., dissent.

**2007–2212. State ex rel. Martin v. Chief Inspector.**
In Mandamus. Reported at 116 Ohio St.3d 1504, 2008-Ohio-381, 880 N.E.2d 481. On motion for reconsideration. Motion denied.

**2007–2387. State v. Christian.**
Cuyahoga App. No. 79789. Reported at 116 Ohio St.3d 1505, 2008-Ohio-381, 880 N.E.2d 481. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS

*April 10, 2008*

[Cite as *04/10/2008 Case Announcements,* 2008-Ohio-1693.]

## MOTION AND PROCEDURAL RULINGS

**2008–0651. State ex rel. Monroe v. Jackson.**
Warren App. No. CA2008–01–001. This cause was filed as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Warren County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.